IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 9-20-M-DWM-1 |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM VERNON WILLIAMS, | |
| Defendant. | |

On May 15, 2024, William Vernon Williams was sentenced to three months of Bureau of Prisons custody upon the revocation of his supervised release. (*See* Doc. 64.) On June 27, 2024, Williams moved for compassionate release under 28 U.S.C. § 3582. (Doc. 66.) Williams remains in state custody as of the date of his latest filing. (*See id.*) Federal courts lack jurisdiction over state facilities or inmates and cannot grant compassionate release for an inmate not in federal custody. *See United States v. Allard*, No. CR 22-118-BLG-SPW, Doc. 79 (D. Mont. Sept. 27, 2023). Because Williams is in state custody, the Court lacks

1

jurisdiction to consider this motion. Accordingly,

IT IS ORDERED that William Vernon Williams' motion for compassionate (Doc. 66) release is DENIED.

DATED this 2nd day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court